**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| THOMAS AIKEN, | Case No.:  09-35827 DHS |
| Debtor | |

### NOTICE OF RESERVE ON CLAIM

Creditor:           MANHATTAN MINI STORAGE
Trustee Claim #:    32
Claimed Amount:     $1,171.00
Date Claim Filed:   02/08/2010

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ The creditor is not cashing checks issued by the Trustee.  Payments will not resume until a written request is sent by the creditor to the Trustee.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

By:   /S/  Marie-Ann Greenberg
      Chapter 13 Standing Trustee

Dated:  June 07, 2011

MANHATTAN MINI STORAGE
520 8TH AVE
NEW YORK, NY  10018

MARK GOLDMAN, ESQ.
MARK GOLDMAN, PC
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

THOMAS AIKEN
379 BERGEN AVENUE
JERSEY CITY, NJ  07304